# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| JAY JASKOLSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:18-CV-00252-MW-CAS |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, JAY JASKOLSKI, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: June 15, 2018       By:   /s/ Shireen Hormozdi_____
**Shireen Hormozdi**
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On June 15, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Samantha Marchand, at samantha@rudnickifirm.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi