## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JAY JASKOLSKI

    VS                                            CASE NO.  4:18cv252-MW/CAS

GC SERVICES, LP

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

June 18, 2018                        s/ Cindy Markley
DATE                                    Deputy Clerk: Cindy Markley